UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

**CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

20 -CR-545 ( )

_Alberto Ayala_  Defendant(s).
-----------------------------------------------------------X

Defendant __Alberto Ayala__ hereby voluntarily consents to participate in the following proceeding via _X_ videoconferencing or ___ teleconferencing:

_X_  Initial Appearance Before a Judicial Officer

_X_  Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

_X_  Bail/Detention Hearing

_X_  Conference Before a Judicial Officer

_Alberto Ayala / AEK_
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

_Alberto Ayala_
Print Defendant's Name

_____
Defendant's Counsel's Signature

_Leonardo M. Aldridge_
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

_October 20, 2020_
Date

_Andrew Krause_
~~U.S. District Judge~~/U.S. Magistrate Judge