UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- x
:
UNITED STATES OF AMERICA
:
          - v. -  :   CONSENT PRELIMINARY ORDER
              OF FORFEITURE/
:   MONEY JUDGMENT
ALBERTO AYALA,
:   20 Cr. 545 (PMH)
         Defendant.
:
:
------------------------------------- x

        WHEREAS, on or about OCTOBER 14, 2020, ALBERTO AYALA (the "Defendant"), was charged in a one-count Indictment, 20 Cr. 545 (PMH) (the "Indictment"), with narcotics conspiracy, in violation of Title 21, United States Code, Section 846 (Count One);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the Indictment, seeking forfeiture to the United States, pursuant to of Title 21, United States Code, Section 853, of any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense charged in Count One of the Indictment, and any and all property used, or intended to be used to commit, or to facilitate the commission of the offense charged in Count One of the Indictment;

        WHEREAS, on or about January 26, 2022 the Defendant pled guilty to Count One of the Indictment, pursuant to a plea agreement with the Government, wherein the Defendant admitted the forfeiture allegation with respect to Count One of the Indictment and agreed to forfeit to the United States, pursuant to Title 21, United States Code, Section 853, a sum of money equal to $13,300 in United States currency, representing the amount of proceeds traceable to the commission of the offense charged in Count One of the Indictment;

York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

4. The United States Marshals Service is authorized to deposit the payments on the Money Judgment in the Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

5. Pursuant to Title 21, United States Code, Section 853(p), the United States is authorized to seek forfeiture of substitute assets of the Defendant up to the uncollected amount of the Money Judgment.

6. Pursuant to Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure, the United States Attorney's Office is authorized to conduct any discovery needed to identify, locate or dispose of forfeitable property, including depositions, interrogatories, requests for production of documents and the issuance of subpoenas.

7. The Court shall retain jurisdiction to enforce this Consent Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

8. The signature page of this Consent Preliminary Order of Forfeiture/Money Judgment may be executed in one or more counterparts, each of which will be deemed an original but all of which together will constitute one and the same instrument.

AGREED AND CONSENTED TO:

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: _____    1/25/22
DEREK WIKSTROM                   DATE
LINDSEY KEENAN
Assistant United States Attorneys
300 Quarropas Street
White Plains, NY 10001
(914) 993-1946/(212) 637-1565

ALBERTO AYALA

By: _____    1/26/2022
ALBERTO AYALA                    DATE

By: _____    1/26/2022
LEONARDO ALDRIDGE, ESQ.          DATE
Attorney for Defendant
20 Vesey Street, Room 400
New York, NY 10007

SO ORDERED:

_____        1/26/2022
HONORABLE PHILIP M. HALPERN      DATE
UNITED STATES DISTRICT JUDGE