# LEONARDO M. ALDRIDGE

Attorney at Law

<!-- address partially obscured by order stamp -->

> Application granted. Mr. Ayala's sentencing is adjourned to 11:00 a.m. in Courtroom 520 on August 2, 2022. Mr. Ayala's sentencing submission is due by July 19, 2022. The Government's response is due by July 26, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 184.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> June 16, 2022

**BY ECF**
Hon. Philip M. Halpern
U.S. District Judge
Daniel Patrick Moynihan
U.S. Courthouse, 500 Pearl St.
New York, NY 10007-1312

Re: U.S. v. Alberto Ayala, Cr. No. 20-545 (PMH)

Your Honor:

I write to respectfully request that Mr. Alberto Ayala's currently scheduled sentencing date of July 7, 2022, be continued for 30 days. The main reason for this request is that the Pre-Sentence Report (PSR) has not yet been disclosed. AUSA Derek Wikstrom, assigned to this case, informed me that the Government does not object to a 30-day continuance for Mr. Ayala's sentencing hearing.

As the Court is aware, the PSR is a vital document prior to, during, and even after sentencing. The undersigned attorney, under his Sixth Amendment responsibilities, which extend to the sentencing phase, *see Lafler v. Cooper 566 U.S. 156 (2012),* cannot properly counsel Mr. Ayala prior to sentencing, nor fashion the most thorough possible sentencing letter, without the benefit of the PSR. For these reasons, undersigned counsel respectfully requests a 30-day continuance for Mr. Ayala's sentencing hearing.

Respectfully,

**_S/Leonardo M. Aldridge_**
Leonardo M. Aldridge
CJA Counsel for the Defendant

Cc AUSA Derek Wikstrom