**LEONARDO M. AL[DRIDGE]**
Attorney-At-La[w]
20 Vesey St.,
New York, N.Y. 10[...]

> Application granted.
>
> Mr. Ayala's sentencing shall proceed in Courtroom 520 at 11:00 a.m. on January 26, 2023.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 205.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>         July 20, 2022

**BY ECF**
Hon. Philip M. Halpern
U.S. District Judge
Daniel Patrick Moynihan
U.S. Courthouse, 500 Pearl St.
New York, NY 10007-1312

Re: <u>U.S. v. Alberto Ayala</u>, Cr. No. 20-545 (PMH)

Your Honor:

    I write to respectfully request that Mr. Alberto Ayala's currently scheduled sentencing date of August 2, 2022, be continued. I have not yet received the final PSR. When the final PSR is filed, the defense will need time to review it and discuss it with Mr. Ayala prior to preparing a sentencing memorandum, which, according to Your Honor´s rules, is to be submitted two weeks prior to the sentencing hearing (today, absent an adjournment).

    I have conferred by email with AUSA Derek Wikstrom and he relayed that the government consents to this proposed adjournment from the defense. Since the defense does not know when the final PSR will be ready, it defers to the Court as to how long of an adjournment, if granted, would be necessary for sentencing.

Respectfully,

***S/Leonardo M. Aldridge***
Leonardo M. Aldridge
CJA Counsel for the Defendant

Cc AUSA Derek Wikstrom