UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA  :
: **RESCHEDULING**
v. : **ORDER**
:
**Alberto Ayala,** : 7- 20-cr-00545-2 PMH
               Defendants. :
:
------------------------------------------------------------x

    Sentencing in this matter is rescheduled to <u>January 26, 2023 at 4:00 pm</u> in Courtroom 520 at the White Plains Courthouse.

    Per the SDNY COVID-19 Courthouse Entry Program, anyone who appears at any SDNY courthouse must complete a questionnaire. Only those individuals who meet the entry requirements established by the questionnaire will be permitted entry. Please contact Chambers if you do not meet the requirements.

Dated: October 13, 2022           SO ORDERED:

                                                          Philip M. Halpern, U.S.D.J